# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 18-1805 CAS (MRW) | Date | November 8, 2018 |
| Title | Santos Abel Lopez-Gomez v. Kirstjen Nielsen et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

Attorneys Present for Petitioner:  Attorneys Present for Respondent:

None Present  None Present

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL

   Petitioner filed a notice dismissing the petition. (Docket # 11.) This action is dismissed without prejudice.